UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK A. CANNAVAN,

Plaintiff,

v.

NEWSOM, et al.,

Defendants.

No. 1:26-cv-06498-KES-EPG (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION AS DUPLICATIVE

Doc. 11

Plaintiff Patrick A. Cannavan is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 9, 2026, the assigned magistrate judge issued findings and recommendations that this action be dismissed as duplicative of *Cannavan v. Newsom, et al.*, Case No. 1:26-cv-05670-FJS (PC) ("*Cannavan I*"). Doc. 11. Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within thirty (30) days after service. *Id.* at 5. Plaintiff timely filed objections on September 17, 2026. Doc. 12. Plaintiff's objections fail to establish why this action is not duplicative of *Cannavan v. Newsom, et al.*, Case No. 1:26-cv-05670-FJS, and plaintiff fails to show any error in the magistrate judge's findings and recommendations.

In accordance with 28 U.S.C. § 636(b)(1), this court has conducted a de novo review of

this case. Having carefully reviewed the file, including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on September 9, 2026, Doc. 11, are adopted in full;
2. This action is dismissed as duplicative; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: September 26, 2026

UNITED STATES DISTRICT JUDGE